# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

STEVEN SHANE SHIRLEY
ADC #144488                                                                                    PLAINTIFF

v.                                           2:24-cv-00057-JM

RICHARDSON, Deputy Warden,
EARU Max; *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 19th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE